IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities,<br><br>*Plaintiff*<br><br>v.<br><br>THE UNIVERSITY OF NOTRE DAME DU LAC<br><br>*Defendant* | No. 1:22-cv-01329-JPH-MG<br><br>Dated: August 8, 2022 |

RECEIVED
08/08/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

### PLAINTIFF (PRO SE)-RAJ K. PATEL'S MOTION FOR LEAVE TO FILE PLAINTIFF (PRO SE)-RAJ K. PATEL'S MOTION TO REMAND TO STATE OF INDIANA MARION SUPERIOR

I, T.E., T.E Raj K. Patel (*pro se*), the plaintiff, respectfully ask this United States District Court for the Southern District of Indiana or the Honorable Judge for leave, pursuant to *In Re Raj Patel*, No. 1:22-mc-00024-TWP (S.D.I.N. Mar. 28, 2022), Dkt. 1 at 3, to this accompanying Plaintiff (*Pro Se*)-Raj K. Patel's Motion to Remand the Removed Case back to the State of Indiana Superior Court of Marion County:[1]

1. The operative complaint was removed on July 5, 2022.

2. The complaint was dismissed with prejudice due to filing bar, rather than on the merits. *Patel v. Univ. of Notre Dame*, No. 1:22-cv-01329-JPH-MG (S.D.I.N. 202_).

3. 28 U.S.C. § 1447(c) allows for filing of a motion to remand within 30 days, that is after service is received, and will allow this court to remain compliant with Court of Appeals for Seventh Circuit precedent. *Groce v. Eli Lilly & Co.*, 193 F.3d 496, 501 (7th Cir. 1999) quoting *Hancock v. St. Joseph Cnty.*, No. 3:09-CV-343, 2011 WL

---

1. A pro se pleading, "however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers." *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

2671107 * 14 (N.D. Ind. July 6, 2011) ('"[I]t is the well-established law of this circuit that the usual practice is to dismiss without prejudice state supplemental claims whenever all federal claims have been dismissed prior to trial.'"). The time requirement is not a jurisdictional matter.  *Erickson*, 551 U.S. at 94.

4. Allowing the filing of this motion will respect state sovereignty.  *BP P.L.C. v. Mayor of Balt.*, 141 S. Ct. 1532, 1545 (2021) quoting *Syngenta Crop Protection, Inc. v. Henson*, 537 U.S. 28, 32 (2002) ("[S]tatutory procedures for removal are to be strictly construed" out of respect for state sovereignty).

Respectfully submitted,

/s/ Raj K. Patel
T.E., T.E. Raj K. Patel (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

## **CERTIFICATE OF SERVICE**

I certify that I served a copy of the foregoing Pl. *Pro Se*-Mot. For Leave for File Pl. (*Pro Se*)-Raj K. Patel's Motion to Remand on 08/8/2022 to below individuals via e-mail:

**Paul E. Harold**
Southbank Legal: Ladue Curran Kuehn
100 East Wayne Street  Suite 300
South Bend, IN 46601
Phone: 574-968-0760
Fax: 574-968-0761
Email: pharold@lck-law.com

**Stephen M. Judge**
Southbank Legal: Ladue Curran Kuehn
100 E. Wayne Street  Suite 300
South Bend, IN 46601
Phone: 574-968-0760
Fax: 574-968-0761
Email: sjudge@southbank.legal

        Respectfully submitted,

        /s/ Raj Patel
        T.E., T.E. Raj K. Patel (*Pro Se*)
        6850 East 21st Street
        Indianapolis, IN 46219
        Marion County
        317-450-6651 (cell)
        rajp2010@gmail.com
        www.rajpatel.live

Dated: August 8, 2022