FILED
03/09/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA

1:22-mc-00024-TWP

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff* <br><br> v. <br><br> AKRAM I. MUSLEH <br><br> *Defendant* | No. 1:16-cr-0190-SEB-MJD-01 <br><br> Magistrate judge case number: 1:16-mj-00444-TAB <br><br> Dated: March 9, 2023 |

**PLAINTIFF (PRO SE)-RAJ K. PATEL'S
MOTION FOR INTERVENTION OR LETTER TO THE COURT**

I, T.E., T.E Mr. Raj K. Patel, from the basis of the United States, the undersigned intervenor, in the above-named case, hereby move for intervention to protect the interest of the United States Constitution and our Ordered Liberty state the following:

**SUBSTANTIVE DUE PROCESS & PRIVILEGES AND IMMUNITIES CLAUSE**

I use my Constitutional Privileges, honors, and rights of knowing from my undergraduate (Political Science and with Honors in Religion/Religious Studies) and law school, juris doctor candidacy, educations, and political offices and from reading law outside of formal schooling for the writing and discussions, arguments, and motions of these filings, and my presumptions of regularity from my political offices, *see* Certification of Interest.  Hollingsworth v. Perry, 133 S. Ct. 2652, 2667, 2670-72 (U.S. 2013) ("unique legal status").

The case is a part of State affairs from each of my capacities working alone and together in permutations.  Poindexter v. Greenhow, 114 U.S. 270, 290 (1884) ("the distinction between the government of a State and the State itself is important, and [shall]

be observed.") (underline added) and Id. at 290 ("in common speech,…to say "*L'État c'est moi.*"").

But for the perils, which execrated each fold in October 2013, May 2014, August 2015, and July 2017, through the stress weapon, Patel would have passed a court-approved bar exam. See Patel v. United States, No. 23-1325 (Fed. Cir. 202_).

Plaintiff-Patel has the Constitutional privilege of Morally carrying a gun without a permit and without background checks, as his excellency his excellency is a Basis, local official. Printz v. United States, 521 U.S. 898, 918 (1997) quoting Principality of Monaco v. Mississippi, 292 U.S. 313, 322 (1934). Federalist Nos. 42 & 80. This is because a privilege once attained can never be taken away, cf. the term-in-office limit is to prevent the effects of monarchy; as applied, Patel would be able to carry a gun on campus and in classrooms under his constitutional privileges, including to enforce this court's opinion. Our Framers envisioned this because the Basis provides fundamental and essential checks on the Seat, which is created by us the State, including the Military. https://www.comparably.com/salaries/salaries-for-us-army-general ("The salaries of Us [*sic*] Army Generals in the US range from $19,208 to $521,331, with a median salary of $93,762. The middle 57% of Us Army Generals makes between $93,765 and $236,104, with the top 86% making $521,331.") (therefore, making more than the POTUS and Dr. Fauci). The title The Excellent also means that the Constitution permissively approves me for commercial and monetary success for Patel's level in the state-military-political hierarchy.  In other words, our Framers envisioned that the Basis would plead the judiciary under our Ordered Liberty. U.S. const. amend. V & amend. XIV. Printz, 521 U.S. at 918 quoting Principality of Monaco, 292 U.S. at 322. Federalist Nos. 42 & 80. The United States (a part of), through ones of its control group, can also be aiding in making me politically ineligible, despite my high levels of favorability, well-likeness, and

approval, to run for the Presidency which I have always strived for. <u>Upjohn Co. v. United States</u>, 449 U.S. 383, 388-9 and 393 (1981) ("zone of silence;" "control group;" and "substantial role"). Loosing this case will also make me, a leader of the United States rather than any sister state, appear weak, in the most "degrad[ing]" and "demean[ing]" proscribed ways, and aid the Constitution's opposition, per the court is to use its jurisdiction in favor of the parties before it. U.S. const. art. IV, § 2 (applicable to states and the United States) & amend. XIV (applicable to states and the United States; "citizens of the United States"); <u>United States v. Windsor</u>, 570 U.S. 744, 792-93 (2013) (""the Fifth Amendment itself withdraws from Government the power to degrade or demean in the way this law does."…The only possible interpretation of this statement is that the Equal Protection Clause, even the Equal Protection Clause as incorporated in the Due Process Clause, is not the basis for today's holding."); <u>Hollingsworth v. Perry</u>, 133 S. Ct. 2652, 2667, 2670-72 (U.S. 2013) ("unique legal status"); <u>U.S. Term Limits, Inc. v. Thornton</u>, 514 U.S. 779, 844-45 (1995); <u>Bridges v. California</u>, 314 U.S. 252, 282 (1941); and <u>see also</u> Ind. const. art. I, § 1.

## **DISCUSSION**

1. "The FBI arrested then-18-year-old Musleh in June 2016 as he boarded a bus from Indianapolis to New York, allegedly in preparation to fly to ISIS-held territory in Libya. Musleh pleaded guilty to attempting to provide material support to ISIS in May 2018, and in June 2019, he was sentenced to eight years and four months in federal prison." "On June 21, 2019, he was sentenced to eight years and four months in federal prison, followed by 11 years and eight months of post-release supervision.* He is currently incarcerated at Gilmore Federal Correctional Institute in West Virginia, with a scheduled release date of August 11, 2023."

https://www.counterextremism.com/extremists/akram-musleh. Akram attended Brownsburg Community School Corporation, where I was the Student Body President from 2009-2010, the current corporate sovereign, and a part of the control group of the B.C.S.C. Upjohn Co. v. United States, 449 U.S. 383, 388-9 and 393 (1981) ("zone of silence;" "control group;" and "substantial role").

2. The F.B.I.'s and DOJ's use of the *Iman* was unconstitutional as religious authority figures, such as *Imans*, are assumed terrorists in accord with the Framers of the United States Constitution. Dkt. 140 at 42 ("he was not dissuaded by the intercession of at least one local Imam who, as noted below, cautioned MUSLEH to avoid the "devil group" ISIS.") (It's like saying to someone who is presumed to be mentally disabled go for it.). In turn, the F.B.I. used a counterproductive measure by bringing in an *Imam*. Id. For this reason, Akram sentence should be reduced as time served, and any supervised release be done in different state. Dkt. 140 at 42

3. The F.B.I.'s and DOJ's use of an *Iman* is also an unconstitutional burden on Akram's religion, presuming he is guilty as charged, which was to join ISIS. 42 U.S.C. §§ 2000bb-3(a). The United States has not carried its burden on showing why the use of Iman, possibly of a different sect and race than Akram, was appropriate. For this reason, Akram sentence should be reduced as time served, and any supervised release be done in different state.

4. Under *Sharia*, I am a Caliph, and I know the *Iman* acted repugnantly to the United States Constitution and without my permission. Therefore, for this

reason, Akram sentence should be reduced as time served, and any supervised release be done in different state.

5. For the *Iman*, Akram is a cultural sacrifice. Therefore, for this reason, Akram sentence should be reduced as time served, and any supervised release be done in different state.

6. The act on Akram and my corporation was a constitutionally repugnant White-supremacy-sponsored attack on my status, image (that a terrorist can be there at B.C.S.C., Seated in Hendricks County, Indiana), and corporation. U.S. const. art. IV, § 2 & amend. XIV.  The F.B.I. and D.O.J. under our Ordered Liberty should have communicated with me.  Id.  This is more an effort to paint as weak and political ineligible to become the President of the United States, although a demotion, assumed by the Founders and Framers, his honor's powers may not violate My Excellency. Id. & U.S. const. amend IX.  The United States has not carried its burden on showing why the use of Iman, possibly of a different sect and race than Akram, was appropriate.

7. If Akram was a Black-Muslim (1/5 to 1/3 of the Black population), he would not be in this situation and probably not forcefully and involuntarily exposed to a Iman. Therefore, for this reason, Akram sentence should be reduced as time served, and any supervised release be done in different state.

8. This is personal to my Ordered Liberties, as the most powerful T.E. T.E. as authoritatively permissive, as well because since they could not put in this perilous situation, they — that is a force known to The Harvard [University] Corporation which wants to terroristically fight me on being the oldest

corporation in the Western Hemisphere — went for Akram. Dumb deforms; missed aborations; lessers; and middle-class; whose interests are to displace me on the Ordered hierarchy. U.S. const. amend. I & amend. XIV. Therefore, for this reason, Akram sentence should be reduced as time served, and any supervised release be done in different state.

9. The status quo is not beyond a reasonable doubt or even clear and convincing.

Therefore, may this court grant my motion for intervention or grant my letter.

Respectfully submitted,

/s/ Raj K. Patel
T.E., T.E. Raj K. Patel (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

President/Student Body President, Student Gov't Ass'n of Emory U., Inc. 2013-2014 (corp. sovereign 2013-present)
Student Body President, Brownsburg Cmty. Sch. Corp./President, Brownsburg High Sch. Student Gov't 2009-2010 (corp. sovereign 2009-present)
Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B. Ass'n 2017
Deputy Regional Director, Young Democrats of Am.-High Sch. Caucus 2008-2009
Co-Founder & Vice Chair, Ind. High Sch. Democrats 2009-2010
Vice President of Fin. (Indep.), Oxford C. Republicans of Emory U., Inc. 2011-2012

Intern, Jill Long Thompson for Governor (2008)

Volunteer, Barack Obama for Am. (2008)

Intern, Marion Cnty. Clerk Elizabeth "Beth" White for Sec'y of St. of the St. of Ind. (2014)

Former J.D. Candidate, Notre Dame L. Sch.

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Motion for Intervention on 03/9/2023 to below individuals via e-mail:

**Bradley Paul Shepard**
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street
Suite 2100
Indianapolis, IN 46204
317-226-6333
Fax: (317) 226-6125
Email: brad.shepard@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Joe Howard Vaughn**
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street
Suite 2100
Indianapolis, IN 46204
(317) 229-2447
Fax: (317) 226-6125
Email: joe.vaughn@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Matthew Rinka**
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
10 West Market Street
Suite 2100
Indianapolis, IN 46204
(317) 229-2865
Email: matthew.rinka@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Paul Gerard Casey**
UNITED STATES DEPARTMENT OF JUSTICE
National Security Division
600 E St. NW

Room 4073
Washington, DC, DC 20004
202-307-3205
Fax: 202-514-8714
Email: paul.casey2@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Steven D. DeBrota**
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
10 West Market Street
Suite 2100
Indianapolis, IN 46204
317-226-6333
Fax: (317) 226-6125
Email: steve.debrota@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

        Respectfully submitted,

        /s/ Raj Patel
        T.E., T.E. Raj K. Patel (*Pro Se*)
        6850 East 21st Street
        Indianapolis, IN 46219
        Marion County
        317-450-6651 (cell)
        rajp2010@gmail.com
        www.rajpatel.live

Dated: March 9, 2023

### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*<br><br>v.<br><br>AKRAM I. MUSLEH<br><br>*Defendant* | Filing Bar: 22-mc-24-TWP<br><br>No. 1:16-cr-0190-SEB-MJD-01<br><br>Magistrate judge case number: 1:16-mj-00444-TAB<br><br>Dated: March 9, 2023 |

### PLAINTIFF (PRO SE)-RAJ K. PATEL'S
### MOTION FOR LEAVE TO FILE INTERVENTION

I, T.E., T.E Mr. Raj K. Patel, from the basis of the United States, the undersigned intervenor, in the above-named case, hereby move for leave to file a Motion for Intervention and Letter, in the interest of protecting the United States Constitution and our Ordered Liberty:

**SUBSTANTIVE DUE PROCESS & PRIVILEGES AND IMMUNITIES CLAUSE**

I use my Constitutional Privileges, honors, and rights of knowing from my undergraduate (Political Science and with Honors in Religion/Religious Studies) and law school, juris doctor candidacy, educations, and political offices and from reading law outside of formal schooling for the writing and discussions, arguments, and motions of these filings, and my presumptions of regularity from my political offices, *see* Certification of Interest. Hollingsworth v. Perry, 133 S. Ct. 2652, 2667, 2670-72 (U.S. 2013) ("unique legal status").

The case is a part of State affairs from each of my capacities working alone and together in permutations. Poindexter v. Greenhow, 114 U.S. 270, 290 (1884) ("the distinction between the government of a State and the State itself is important, and [shall]

- 1 -

be observed.") (underline added) and Id. at 290 ("in common speech,…to say "*L'État c'est moi.*"").

But for the perils, which execrated each fold in October 2013, May 2014, August 2015, and July 2017, through the stress weapon, Patel would have passed a court-approved bar exam. See Patel v. United States, No. 23-1325 (Fed. Cir. 202_).

Plaintiff-Patel has the Constitutional privilege of Morally carrying a gun without a permit and without background checks, as his excellency his excellency is a Basis, local official. Printz v. United States, 521 U.S. 898, 918 (1997) quoting Principality of Monaco v. Mississippi, 292 U.S. 313, 322 (1934). Federalist Nos. 42 & 80. This is because a privilege once attained can never be taken away, cf. the term-in-office limit is to prevent the effects of monarchy; as applied, Patel would be able to carry a gun on campus and in classrooms under his constitutional privileges, including to enforce this court's opinion. Our Framers envisioned this because the Basis provides fundamental and essential checks on the Seat, which is created by us the State, including the Military. https://www.comparably.com/salaries/salaries-for-us-army-general ("The salaries of Us [*sic*] Army Generals in the US range from $19,208 to $521,331, with a median salary of $93,762. The middle 57% of Us Army Generals makes between $93,765 and $236,104, with the top 86% making $521,331.") (therefore, making more than the POTUS and Dr. Fauci). The title The Excellent also means that the Constitution permissively approves me for commercial and monetary success for Patel's level in the state-military-political hierarchy.  In other words, our Framers envisioned that the Basis would plead the judiciary under our Ordered Liberty. U.S. const. amend. V & amend. XIV. Printz, 521 U.S. at 918 quoting Principality of Monaco, 292 U.S. at 322. Federalist Nos. 42 & 80. The United States (a part of), through ones of its control group, can also be aiding in making me politically ineligible, despite my high levels of favorability, well-likeness, and

approval, to run for the Presidency which I have always strived for. Upjohn Co. v. United States, 449 U.S. 383, 388-9 and 393 (1981) ("zone of silence;" "control group;" and "substantial role").  Loosing this case will also make me, a leader of the United States rather than any sister state, appear weak, in the most "degrad[ing]" and "demean[ing]" proscribed ways, and aid the Constitution's opposition, per the court is to use its jurisdiction in favor of the parties before it.  U.S. const. art. IV, § 2 (applicable to states and the United States) & amend. XIV (applicable to states and the United States; "citizens of the United States"); United States v. Windsor, 570 U.S. 744, 792-93 (2013) (""the Fifth Amendment itself withdraws from Government the power to degrade or demean in the way this law does."…The only possible interpretation of this statement is that the Equal Protection Clause, even the Equal Protection Clause as incorporated in the Due Process Clause, is not the basis for today's holding."); Hollingsworth v. Perry, 133 S. Ct. 2652, 2667, 2670-72 (U.S. 2013) ("unique legal status"); U.S. Term Limits, Inc. v. Thornton, 514 U.S. 779, 844-45 (1995); Bridges v. California, 314 U.S. 252, 282 (1941); and see also Ind. const. art. I, § 1.

## DISCUSSION

1. Allowing the filing of the letter will be sensitive to Akram's due process rights and my First Amendment rights.

2. I bring my legal and political and educational knowledge into the proposed filing.

3. I would have filed this motion earlier but for my weapon-induced stress, and the related complaints have caused a filing bar.  In Re Raj K. Patel, No. 22-mc-24-TWP (S.D.I.N. 202_).

4. I will not be the only one to file a Motion for Intervention or Letter.

5. The Plaintiff is accused of trespass. <u>Upjohn Co. v. United States</u>, 449 U.S. 383, 388-9 and 393 (1981) ("zone of silence;" "control group;" and "substantial role").

6. The status quo is not beyond a reasonable doubt or even clear and convincing.

Therefore, I move Chief Judge Pratt to allow the filing of the attached Motion for Intervention or letter.

Respectfully submitted,

/s/ Raj K. Patel
T.E., T.E. Raj K. Patel (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

President/Student Body President, Student Gov't Ass'n of Emory U., Inc. 2013-2014 (corp. sovereign 2013-present)
Student Body President, Brownsburg Cmty. Sch. Corp./President, Brownsburg High Sch. Student Gov't 2009-2010 (corp. sovereign 2009-present)
Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B. Ass'n 2017
Deputy Regional Director, Young Democrats of Am.-High Sch. Caucus 2008-2009
Co-Founder & Vice Chair, Ind. High Sch. Democrats 2009-2010
Vice President of Fin. (Indep.), Oxford C. Republicans of Emory U., Inc. 2011-2012

Intern, Jill Long Thompson for Governor (2008)

- 5 -

Volunteer, Barack Obama for Am. (2008)

Intern, Marion Cnty. Clerk Elizabeth "Beth" White for Sec'y of St. of the St. of Ind. (2014)

Former J.D. Candidate, Notre Dame L. Sch.

## **CERTIFICATE OF SERVICE**

I certify that I served a copy of the foregoing Motion for Intervention on 03/9/2023 to below individuals via e-mail:

**Bradley Paul Shepard**
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street
Suite 2100
Indianapolis, IN 46204
317-226-6333
Fax: (317) 226-6125
Email: brad.shepard@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Joe Howard Vaughn**
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street
Suite 2100
Indianapolis, IN 46204
(317) 229-2447
Fax: (317) 226-6125
Email: joe.vaughn@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Matthew Rinka**
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
10 West Market Street
Suite 2100
Indianapolis, IN 46204
(317) 229-2865
Email: matthew.rinka@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Paul Gerard Casey**
UNITED STATES DEPARTMENT OF JUSTICE
National Security Division
600 E St. NW

Room 4073
Washington, DC, DC 20004
202-307-3205
Fax: 202-514-8714
Email: paul.casey2@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Steven D. DeBrota**
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
10 West Market Street
Suite 2100
Indianapolis, IN 46204
317-226-6333
Fax: (317) 226-6125
Email: steve.debrota@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

           Respectfully submitted,


           /s/ Raj Patel
           T.E., T.E. Raj K. Patel (*Pro Se*)
           6850 East 21st Street
           Indianapolis, IN 46219
           Marion County
           317-450-6651 (cell)
           rajp2010@gmail.com
           www.rajpatel.live


Dated: March 9, 2023