IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities,<br><br>*Plaintiff*<br><br>v.<br><br>JANE DOE and JOHN DOE<br><br>*Defendants* | Filing Bar No. 1:22-mc-24-TWP<br><br>No. _____<br><br>Dated: June 7, 2023 |

RECEIVED
06/07/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## AMENDED MOTION FOR LEAVE TO INITIATE COMPLAINT AND PROCEED WITHOUT PREPAYING FILING FEES

I, T.E., T.E. Mr. Raj K. Patel (*pro se*), respectfully move the Chief Judge Tanya Walt Pratt of this United States District Court for the Southern District of Indiana to allow me to initiate the attached new civil action against Jane Doe and John Doe. The complaint is on federal question and one of Ordered Liberty. The sister case is proceeding in the neighboring Marion County Superior Court 3. Patel v. Doe et al., No. 49D03-2211-MI-040962 (Ind. Super. Ct., Marion Cnty. 3 202_).

Filing this case is necessary to subpoena information from reliable sources. Patel is a recognized and undisputed member of the protected class as a matter of law under the International Covenant of Civil and Political Rights (effective 1992) of political and social origin because he is a descendent of King Rama through his older twin-son King Luv. Patel v. Doe

et al., No. 49D03-2211-MI-040962 (Ind. Super. Ct., Marion Cnty. 3 202_). There are Supreme Court cases in No. 22-7472 and No. 22-7473 and are being reviewed.  Patel also has official reached $0.07 in one account and a negative balance in another bank account.  Urgent resolution is necessary for this decades long peril.

It would not be improper for the district court at the filing of this complaint to *sua sponte* issue a 28 U.S.C. § 1361 equitable mandamus and transfer it to the non-party Oval Office and/or the Governor's Mansion under 28 U.S.C. § 1651, see Ind. const. art. I, § 1, for delegation to the proper inferior officer to remove the stress technology and allow the remediation of Plaintiff's health.  See also 42 U.S.C. §§ 2000bb et seq.  Such a move will aid Plaintiff in litigation.  Such a policy move will also create a standing license, nevertheless, and show the politics of this court.  Patel wishes to be President of the United States and will become constitutionally eligible after this next election: Patel wishes those candidates to be remediated under Patel's power under Poindexter v. Greenhow, 114 U.S. 270, 290 (1885) and enforcement treaties of political succession that give jurisdiction, by agreement and ratification, to compel under Fed. R. Civ. P. 8(c).  The court should aid justice. Fed. R. Civ. P. 8 (e).

**Therefore,** I move this Court to allow me to initiate a complaint without pre-paying filing fees.

**In the alternative,** I move this Court to allow me to initiate a complaint but permit to submit the appropriate filing fee.

**In the alternative,** I move this this court to re-characterize this complaint as a motion for judicial review and issue the appropriate relief.

Respectfully submitted,

/s/ Raj K. Patel
T.E., T.E. Raj K. Patel, AA, BA (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

T.E. Mr. President/Student Body President, Student Gov't Ass'n of Emory U., Inc. 2013-2014 (corp. sovereign 2013-present)
T.E. Mr. Student Body President, Brownsburg Cmty. Sch. Corp./President, Brownsburg High Sch. Student Gov't 2009-2010 (corp. sovereign 2009-present)
Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B. Ass'n 2017
Deputy Regional Director, Young Democrats of Am.-High Sch. Caucus 2008-2009
Co-Founder & Vice Chair, Ind. High Sch. Democrats 2009-2010
Vice President of Fin. (Indep.), Oxford C. Republicans of Emory U., Inc. 2011-2012

Intern, Jill Long Thompson for Governor (2008)

Volunteer, Barack Obama for Am. (2008)

- 4 -

Intern, Marion Cnty. Clerk Elizabeth "Beth" White for Sec'y of St. of the St. of Ind. (2014)

Former J.D. Candidate, Notre Dame L. Sch. (2015-17)