**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA**

**RECEIVED**

**07/24/2023**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

THE EXCELLENT THE EXCELLENT
RAJ K. PATEL, from all capacities,

*Plaintiff*

v.

THE UNITED STATES

*Defendant*

No. 1:22-mc-24-TWP

Dated: July 24, 2023

---

**PLAINTIFF (PRO SE)-RAJ K. PATEL'S MOTION FOR LEAVE TO FILE
PLAINTIFF (PRO SE)-RAJ K. PATEL'S NOTICE OF APPEAL**

I, T.E., T.E Raj K. Patel (*pro se*), the plaintiff, respectfully ask this United States

District Court for the Southern District of Indiana or the Honorable Judge for leave,

pursuant to *In Re Raj Patel*, No. 1:22-mc-00024-TWP (S.D.I.N. Mar. 28, 2022), Dkt. 1 at 3,

to this accompanying Plaintiff (*Pro Se*)-Raj K. Patel's Notice of Appeal, Fed. R. App. P.

5(a)(3):

1.  Mandamus should issue because international law says so.

2.  Mandamus should issue because mandatory international law.

Respectfully submitted,

/s/ Raj K. Patel
T.E., T.E Raj K. Patel (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)

- 1 -

rajp2010@gmail.com
www.rajpatel.live

<u>**CERTIFICATE OF SERVICE**</u>

I certify that I served a copy of the foregoing Pl. *Pro Se*-Mot. For Leave for File Pl. (*Pro Se*)-Raj K. Patel's Notice of Appeal on 07/24/2023 to below individuals via e-mail:

> **The United States**
> AG Merrick Garland
> U.S. Department of Justice
> 950 Pennsylvania Avenue NW
> Washington DC 20530
>
> **The United States**
> Zachery Myers (SDIN)
> 10 W Market St, Suite 2100
> Indianapolis, IN 46204
> usains.webmaster@usdoj.gov

Respectfully submitted,


/s/ Raj Patel
T.E., T.E. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

Dated: July 24, 2023

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities,<br><br>*Plaintiff*<br><br>v.<br><br>THE UNITED STATES<br><br>*Defendant* | Filing Bar No. 1:22-mc-24-TWP<br><br>No. _____<br><br><br>Dated: July 24, 2023 |

## <u>PLAINTIFF (PRO SE)-RAJ K. PATEL'S MOTION FOR LEAVE TO FILE PLAINTIFF (PRO SE)-RAJ K. PATEL'S MOTION FOR IFP</u>

I, T.E., T.E Raj K. Patel (*pro se*), the plaintiff, respectfully ask this United States District Court for the Southern District of Indiana or the Honorable Chief Judge Pratt for leave, pursuant to *In Re Raj Patel*, No. 1:22-mc-00024-TWP (S.D.I.N. Mar. 28, 2022), Dkt. 1 at 3, to this accompanying Plaintiff (*Pro Se*)-Raj K. Patel's Motion to Proceed without Paying Filing Fees on Appeal, Fed. R. App. P. 5(a)(3):

1.  I have been granted *IFP* status in many recent cases

    a.  *Patel v. United States*, No. 22-cv-1446-LAS (C.F.C. 202_), and

    b.  *Patel v. Univ. of Notre Dame du Lac,* No. 49D05-2206-CC-019517 (Ind. Super. Ct., Marion Cnty. 202_).

Respectfully submitted,


/s/ Raj K. Patel
T.E., T.E. Raj K. Patel (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219

Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

<u>**CERTIFICATE OF SERVICE**</u>

I certify that I served a copy of the foregoing Pl. *Pro Se*-Mot. For Leave for File Pl. (*Pro Se*)-Raj K. Patel's Motion to Proceed IFP on Appeal on 07/24/2023 to below individuals via e-mail:

> **The United States**
> AG Merrick Garland
> U.S. Department of Justice
> 950 Pennsylvania Avenue NW
> Washington DC 20530
>
> **The United States**
> Zachery Myers (SDIN)
> 10 W Market St, Suite 2100
>  Indianapolis, IN 46204
> usains.webmaster@usdoj.gov

> Respectfully submitted,

> /s/ Raj Patel
> T.E., T.E. Raj K. Patel (*Pro Se*)
> 6850 East 21st Street
> Indianapolis, IN 46219
> Marion County
> 317-450-6651 (cell)
> rajp2010@gmail.com
> www.rajpatel.live

Dated: July 24, 2023

# CIVIL COVER SHEET

JS-44 (Rev. 11/2020 DC)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Raj K. Patel | United States |

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **Marion**
**(EXCEPT IN U.S. PLAINTIFF CASES)**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **DC**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
pro se

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ● 1 U.S. Government Plaintiff
- ○ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place an X in one category, A-N, that best represents your Cause of Action and one in a corresponding Nature of Suit)**

○ **A.** *Antitrust*

- ☐ 410 Antitrust

○ **B.** *Personal Injury/ Malpractice*

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Product Liability

○ **C.** *Administrative Agency Review*

- ☐ 151 Medicare Act

**Social Security**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

***(If Antitrust, then A governs)***

○ **E.** *General Civil (Other)*      **OR**      ◉ **F.** *Pro Se General Civil*

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 27 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Conditions
- ☐ 560 Civil Detainee – Conditions of Confinement

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent – Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016 (DTSA)

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**Other Statutes**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc
- ☐ 460 Deportation
- ☐ 462 Naturalization Application

- ☐ 465 Other Immigration Actions
- ☐ 470 Racketeer Influenced & Corrupt Organization
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act (TCPA)
- ☐ 490 Cable/Satellite TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| G. *Habeas Corpus/ 2255* | H. *Employment Discrimination* | I. *FOIA/Privacy Act* | J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus – General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus – Alien Detainee | ☐ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |

| K. *Labor/ERISA (non-employment)* | L. *Other Civil Rights (non-employment)* | M. *Contract* | N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Labor Railway Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☒ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities – Employment<br>☐ 446 Americans w/Disabilities – Other<br>☐ 448 Education | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi-district Litigation  ○ 7 Appeal to District Judge from Mag. Judge  ○ 8 Multi-district Litigation – Direct File

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

P&I Clause; treaties; 42 USC 2000bb; 28 USC 1361 & 1651

| **VII. REQUESTED IN COMPLAINT** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ mandamus JURY DEMAND: | Check YES only if demanded in complaint<br>YES ☒  NO ☐ |
|---|---|---|---|

| **VIII. RELATED CASE(S) IF ANY** | (See instruction) | YES ☒  NO ☐ | If yes, please complete related case form |
|---|---|---|---|

DATE: _____7/23/2023_____  SIGNATURE OF ATTORNEY OF RECORD _____/s/ Raj K. PAtel_____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
**Authority for Civil Cover Sheet**

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

**I.** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

**III.** CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

**IV.** CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of the case.

**VI.** CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

**VIII.** RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

## NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
## IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. _____
(To be supplied by the Clerk)

**NOTICE TO PARTIES:**

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk≤s records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

**NOTICE TO DEFENDANT:**

Rule 40.5(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

**NOTICE TO ALL COUNSEL**

Rule 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

_____

The plaintiff , defendant or counsel must complete the following:

I.    **RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).**

A new case is deemed related to a case pending in this or another U.S. Court if the new case:  [Check appropriate box(e≤s) below.]

[✗]    (a)    relates to common property

[✗]    (b)    involves common issues of fact

[✗]    (c)    grows out of the same event or transaction

[ ]    (d)    involves the validity or infringement of the same patent

[✗]    (e)    is filed by the same pro se litigant

2.    **RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)**

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

Check box if new case is related to a dismissed case:    [✗]

3.    NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):
**DDC; 1:22-cv-01658-UN; 1:22-cv-00394-UNA**

4.    CAPTION AND CASE NUMBER OF RELATED CASE(E≤S).  IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

| Patel (and Patel) | v. | United States (Biden et al.) | C.A. No. _____ |

**7/23/2023**

**/s/ Raj K. Patel**

DATE                                Signature of Plaintiff /Defendant (or counsel)

No. _____

# United States District Court for the Southern District of Indiana

THE EXCELLENT THE EXCELLENT RAJ K. PATEL,
from all capacities,

*Plaintiff*

v.

THE UNITED STATES,

*Defendant.*

NEW CIVIL ACTION

**PRO SE EMERGENCY PETITION FOR A WRIT OF MANDAMUS**
**28 U.S.C. § 1361**
**28 U.S.C. § 1651**

T.E., T.E. Mr. Raj K. Patel (Rama CCCX), AA, BA (*pro se*)
The Basis of the United States
Indiana | Georgia | New Jersey
6850 East 21 st Street
Indianapolis, IN 46219
Marion County
rajp2010@gmail.com
www.rajpatel.live
+1-317-450-6651

July 24, 2023

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA

THE EXCELLENT THE EXCELLENT
RAJ K. PATEL, from all capacities,

*Plaintiff*

v.

THE UNITED STATES,

*Defendant*

No. _____

Dated: July 24, 2023

JURY TRIAL DEMANDED

### *PRO SE* EMERGENCY PETITION FOR A WRIT OF MANDAMUS

I, T.E., T.E. Mr. Raj K. Patel (*pro se*), AA, BA (Rama CCCX), respectfully move this United States District Court for the Southern District of Indiana to issue a writ of mandamus to return the protection, Privilege, of the United States back to the Plaintiff. 28 U.S.C. § 1361 & 28 U.S.C. § 1651.

The responsibility to monitor status of the State (permitted force holders without a license[1], Seat officials, Basis officials, ranking military, sister state officials, etc.) and protect its actors has been reverted to the Oval Office from the initial Department of State, the one the Father of the Constitution, James Madison, served as Secretary before becoming President. Marbury v. Madison, 5 U.S. 137, 149-50 & 163 (1803). Poindexter v. Greenhow, 114 U.S. 270, 290 (1885). Federalist Nos. 42 & 80. U.S. const. amend. XIV, § 1. U.S. const. art. IV, § 2. Int'l Covenant of Civ. & Pol. Rts. (effective 1992) (mandatory authority); United Nations Convention on the Rts. of the Child, Pt. 1, arts. 16 & 27(1) (effective 1995) (kid's own status) (mandatory executive agreement); Convention Against Torture &

---

[1] Printz v. United States, 521 U.S. 898, 918 (1997) quoting Principality of Monaco v. Mississippi, 292 U.S. 313, 322 (1934).

Other Cruel, Inhuman or Degrading Treatment or Punishment (effective 1966) (mandatory authority); Int'l Convention on the Elimination of All Forms of Racial Discrimination (effective 1994) (mandatory authority); and Int'l Covenant on Econ., Soc. & Cultural Rts. (effective 1977) (mandatory executive agreement).

## WELL-PLEADED COMPLAINT STANDARDS

"[A] *pro se* complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers." Erickson v. Pardus, 551 U.S. 89, 94 (2007). "Pleadings must be construed so as to do justice." Fed. R. Civ. P. 8(e).

## THE RELIEF SOUGHT

Grant mandamus to the Presidency or the Executive Branch to terminate the intervening causes.

Grant mandamus even if the court thinks that its order will not be enforced so that licenses and other persons have cause to effectuate the mandamus.

## THE ISSUES PRESENTED

I.     Is Plaintiff entitled to the Protection of the United States, under the United States Constitution, of intervening causes, including but not limited to biotechnology (ies), that cause him stress and a reduced quality of life?

II.    Is Plaintiff entitled to the Protection of the Seat of the United States, as a matter of his Ordered Liberties, and as status as a Basis Official of the United States to terminate the intervening biotechnology (ies) that reduce his quality of life and personal Liberties?

III.   Is the Defendant required to immediately and urgently do this as a matter of State affairs?

## THE FACTS NECESSARY TO UNDERSTAND THE ISSUE PRESENTED BY THE PETITION

I. The current United States Government was formed by the natural born Americans in 1789.

II. Plaintiff is a natural-born United States Citizen.

    A. In 2009, Plaintiff was elected to the Basis of the United States; in other words, as student government president of the Brownsburg Community School Corporation to serve during his final year of high school.

    B. In 2013, Plaintiff was elected to the Basis of the United States; in other words, as student government president of Emory University to serve during his final year of high school.

    C. Plaintiff is a descendent of King Rama I, the Hindu-God who is an avatar of Vishnu, through his older twin-son King Luv, who along with his younger twin-son King Kush, were lawful successors of King Rama I's bifactured kingdom. Patel is a Leva Patel.

    D. Plaintiff is a part of the *chh gam* Leva Patel Paditar Samaj through his heritage to Sojitra.

    E. Plaintiff is a religious minority, for being a descendent of King Rama and for having declared himself as Rama CCCX (during this on-going peril), and is undoubtedly being persecuted by the Modi Government, a Hindu Extremist regime. Plaintiff's *varna ksytharia* royal ancestry is also the epitome or social or political origin. Int'l Covenant of Civ. & Pol. Rts. (effective in the USA in 1992). Attacking social status is inherent in a socialist polity.

    F. The United States Congress acted preemptively. 42 U.S.C. § 2000bb-3(a).

III. Plaintiff was being battered with this technology prior to 2014, but since May 2014, while during his final weeks at Emory University, Patel was told he would get battered.

IV.   The depression/stress continued to increase until 2017, 2018, 2019, 2020, and 2021, and is currently on-going.

V.    Patel has long held the belief that this perilous situation is to ruin his image, including by making him fat, and using psychological weapons because he is of Indian descendent, which is the most intellectually gifted group (IQ), and more than Jews. In the Indian group, Patel's varna ksytharia makes him smarter and more intellectual than *brahmans*.

VI.   Patel does not know the batterer or the person controlling the technology that Patel observes operates closely to the technology spotted by the CIA that causes the Havana Syndrome.

VII.  Patel is not speaking about any technology that the United States has inserted into every citizen or category of citizen that does not aid in Patel's current on-going demise.

## <u>CONSTITUTIONAL LAW AND RULES</u>

"The very essence of civil liberty certainly consists in the right of every individual to claim the protection of the laws, whenever he receives an injury. One of the first duties of government is to afford that protection. In Great Britain the king himself is sued in the respectful form of a petition, and he never fails to comply with the judgment of his court…"it is a general and indisputable rule, that where there is a legal right, there is also a legal remedy by suit, or action at law, when ever that right is invaded." <u>Marbury</u>, 5 U.S. at 163.

"A writ of mandamus is an extraordinary remedy which we will not easily grant. In a fairly recent case, <u>Will v. United States</u>, 389 U.S. 90, 96 (1967), the Supreme Court

advised the lower federal courts: [T]he party seeking mandamus has the burden of showing that its right to issuance of the writ is clear and indisputable.  <u>Calvert Fire Ins. Co. v. Will</u>, 560 F.2d 792, 795 (7th Cir. 1977) (internal quotations marks removed).

"Mandamus may be granted only if "(1) the plaintiff has a clear right to relief; (2) the defendant has a clear duty to act; and (3) there is no other adequate remedy available to the plaintiff."  <u>Thomas v. Holder</u>, 750 F.3d 899, 903 (D.C. Cir. 2014).

"While the conditions for obtaining [a writ of mandamus] may be demanding, they are not insuperable."  <u>Cheney v. U.S. Dist. Ct. for D.C.</u>, 542 U.S. 367 (2004). "The writ of mandamus is an extraordinary remedy…and will usually be denied when the petitioner could have invoked an adequate, ordinary remedy…Only where an appeal can promise no more than a clearly inadequate remedy may the remedy of mandamus be resorted to,…The court will not consider the extraordinary relief a writ of mandamus provides unless the petitioners can show that this ordinary mode of relief is inadequate."  <u>In re GTE Serv. Corp.</u>, 762 F.2d 1024, 1026-27 (D.C. Cir. 1985) (internal citations and quotation marks omitted).  "[D]iscretionary decisions may be set aside under the mandamus statute…if they fall outside the bounds of "any rational exercise of discretion.'"  <u>Esquire, Inc. v. Ringer</u>, 591 F.2d 796, 806 n. 28 (D.C. Cir. 1978).

"As an extraordinary remedy, mandamus generally will not issue unless there is a clear right in the plaintiff to the relief sought, a plainly defined and nondiscretionary duty on the part of the defendant to honor that right, and no other adequate remedy, either judicial or administrative, available."  <u>Ganem v. Heckler</u>, 746 F.2d 844, 852 (D.C. Cir. 1984).

Further, "in the mandamus context, a ministerial duty can exist even 'where the interpretation of the controlling statute is in doubt,' provided that 'the statute, once interpreted, creates a peremptory obligation for the officer to act.'"  <u>Swan v. Clinton</u>, 100

F.3d 973, 978 (D.C. Cir. 1996) (internal citations omitted).  "'If, after studying the statute and its legislative history, the court determines that the defendant official has failed to discharge a duty which Congress intended him to perform, the court should compel performance, thus effectuating the congressional purpose.'"  <u>Swan</u>, 100 F.3d at 978 quoting <u>Am. Cetacean Soc. v. Baldrige</u>, 768 F.2d 426, 433 (D.C. Cir. 1985).  <u>See also</u> <u>Id.</u> quoting <u>Harlow v. Fitzgerald</u>, 457 U.S. 800, 811 n. 17 (1982) ("Suits against other officials — including Presidential aides — generally do not invoke separation-of-powers considerations  to the same extent as suits against the President himself.").  <u>Swan</u>, 100 F.3d at 978 quoting <u>NTEU v. Nixon</u>, 492 F.2d 587, 604 (D.C. Cir. 1974) (the President may not refrain from executing laws duly enacted by the Congress as those laws are construed by the judiciary).  The court may still grant mandamus even if mandamus will give only partial relief.  <u>Swan</u>, 100 F.3d at 980-81.  And, mandamus must be sought with "reasonable promptness."  <u>13th Reg'l Corp. v. U.S. Dept. of Interior</u>, 654 F.2d 758, 763 (D.C. Cir. 1980).  <u>Thomas v. Holder</u>, 750 F.3d 899, 903 (D.C. Cir. 2014).  <u>See also</u> <u>Am. Hosp. Ass'n v. Burwell</u>, 812 F.3d 183, 189 (D.C. Cir. 2016).

An Act of Congress is not required to discharge duties of the Privileges and/or Immunities Clauses.  <u>In re Neagle</u>, 135 U.S. 1, 2 & 98-9 (1890).  <u>See</u> [https://constitution.congress.gov/browse/essay/artIV-S2-C1-4/ALDE_00013780/](https://constitution.congress.gov/browse/essay/artIV-S2-C1-4/ALDE_00013780/).

## THE REASONS WHY THE WRIT SHOULD ISSUE

The purpose of the Constitution is to provide Safety and Happiness.  U.S. const. art. VI, § 1 referring to the Decl. of Indep. (1776).  The current biotechnology violates both of Plaintiff's main Protection, a Privilege and Liberty that no one can take away, promised by the United States Constitution.  U.S. const. art. IV, §§ 1-2.  U.S. const. pmbl.  U.S. const. amend. VI, § 1.  U.S. const. art. VI.  Therefore, this court should grant mandamus.

Patel is a state actor, minimally, since 2009. The Oval Office is delegated tasks from the United States Constitution to protect state actors first and foremost.[2] Federalist Nos. 42 & 80. The Basis permitted the American Revolution and the creation of the United States Constitution only once it had agreement that its role would be secured. Federalist 80 ("And if it be a just principle that every government OUGHT TO POSSESS THE MEANS OF EXECUTING ITS OWN PROVISIONS BY ITS OWN AUTHORITY."). Madison, Monday, June 18, in Comm. of the whole, on the propositions of Mr. Patterson & Mr. Randolph, <u>The Records of the Federal Convention of 1787</u>, vol. 1, pp. 285-291, New Haven: Yale U. Press, 1911, Edited by Max Farrand, https://oll.libertyfund.org/title/farrand-the-records-of-the-federal-convention-of-1787-vol-1#lf0544-01_head_163; Madison, Monday, June 25, in Convention, <u>The Records of the Federal Convention of 1787</u>, vol. 1, pp. 398-405, New Haven: Yale U. Press, 1911, Edited by Max Farrand, https://oll.libertyfund.org/title/farrand-the-records-of-the-federal-convention-of-1787-vol-1#lf0544-01_head_210; Yates, Monday, June 25, in Convention, <u>The Records of the Federal Convention of 1787</u>, vol. 1, pp. 410-416, New Haven: Yale U. Press, 1911. Edited by Max Farrand, https://oll.libertyfund.org/title/farrand-the-records-of-the-federal-convention-of-1787-vol-1#lf0544-01_head_211. The Basis' last major show might have been during the Glorious Revolution when Parliament received sovereignty. Hertzler, James R. "Who Dubbed It 'The Glorious Revolution?'" 19 <u>Albion: A Quarterly Journal Concerned with British Studies</u> 4, pp. 579–85 (1987). *JSTOR*, https://www.jstor.org/stable/4049475. Accessed 4 May 2023. p. 582 (a more glorious Crown in the next world) (who writes the rules). Like during the rule of Julius Ceaser, when an urgent cry from its Basis-magistrate

_____

[2] <u>See also</u> United States Order of Precedence by the Office of the Chief of Protocol of the United States Dep't of State, https://www.state.gov/wp-content/uploads/2022/02/United-States-Order-of-Precedence-February-2022.pdf (revised Feb. 11, 2022). <u>Printz v. United States</u>, 521 U.S. 898, 918 (1997) quoting <u>Principality of Monaco v. Mississippi</u>, 292 U.S. 313, 322 (1934).

would come, Caesar, from the Seat, would send re-enforcements.  U.S. const. art. II, § 1.[3]

Patel has issued that cry for help to the White House several times.[4]  Patel and the rest of

the executive branch, under its unitary executive theory, relies on this United States dis-

trict court to issue mandamus to remedy the problem, and return Patel's ordered liberty.

Int'l Covenant of Civ. & Pol. Rts. (effective 1992) (mandatory authority).   In fact, the

United States is in an international treaty to protect its Basis and its lifelong officials.  Id.

Therefore, mandamus should be granted.

Patel is a state actor with two titles.  Patel started in politics when he was a kid and

took to prominence once he made a solo porn or sex tape, as it was elite fashion then, as

a teenager, a couple of years becoming student government president.  United Nations

Convention on the Rts. of the Child, Pt. 1, arts. 16 & 27(1) (effective 1995) (kid's own sta-

tus) (mandatory executive agreement).  The current peril is probably intertwined with

Patel's social and political behavior related to this matter.  Id.  The United States executive

branch is in an international agreement to enforce United Nations Convention on the Rts.

of the Child's protection.  Id.  Therefore, the court should issue mandamus, as a matter

of protocol.

Patel is a religious minority because of his royal heritage.[5]  The United States is in

an international treaty to protect people of social and/or political heritage, including but

---

[3] United States v. Arthrex, Inc., No. 19-1434 * 23, 141 S. Ct. 1970, 1988 (U.S. 2021) (Roberts, C.J., op.) (State powers are vested in all branches of gov't, although is a political power exercised by the Head of State) ("[T]he President remains responsible for the exercise of executive power— and through him, the exercise of executive power remains accountable to the people.").

[4] Rubin v. United States, 525 U.S. 990, 990-91 (U.S. 1998) (Breyer, J., dissenting from denial of cert.) ("The physical security of [an honorable or an excellent] has a special legal role to play in our constitutional system."). Id. at 995 (but for privileges, there would be a loss of trust in enforcement).

[5] Payne-Elliott v. Roman Cath. Archdiocese of Indpls., Inc., 193 N.E.3d 1009, 1013 (Ind. 2022) (Church autonomy doctrine is irrelevant as they are not authorized to touch anyone.).

not limited to royals. Int'l Covenant of Civ. & Pol. Rts. (effective 1992) (mandatory authority). The International Covenant of Civil and Political Rights went into effect in 1992. Id. and <u>Vectrus Services A/S *v.* United States</u>, 164 Fed. Cl. 693, 767 (2023) (citing <u>Valentine v. United States ex rel. Neidecker</u>, 299 U.S. 5, 10 (1936) ("Moreover, the Supreme Court explained that "[i]t is a familiar rule that the obligations of treaties should be liberally construed so as to give effect to the apparent intention of the parties.")) (citing Restatement (Third) of Foreign Relations Law). Lawless violence on Patel undoubtedly disparages Patel's own social status, and the main function of the United States Constitution is State affairs or protect every citizen's or state actors' status and other Ordered Liberties. <u>Dun & Bradstreet, Inc. v. Greenmoss Builders, Inc.</u>, 472 U.S. 749, 758, 769, & 787 (1985) ("his own good name"). U.S. const. amend. XIV, § 1. Even with limited resources, Patel is living in an unfair state of being. <u>Villars v. United States</u>, 590 F. App'x 962 * 3-4, 6& 9 (Fed. Cir. 2014). The United States must terminate the unconsented and nonconsensual intervening causes Patel has discussed herein. <u>Calvert Fire Ins. Co.</u>, 560 F.2d at 795. The current peril, attacking the entirety of his lifestyle and public life, against Plaintiff, a likeable or well-liked and revered citizen and global/international United States basis official has the smell of racism (colorism), and treaties mandate interpretation, as a matter of law – if quakes like a duck, if it looks like a duck, then it's a duck. <u>See generally</u> Int'l Convention on the Elimination of All Forms of Racial Discrimination (effective 1994) (mandatory authority). <u>See</u> <u>e.g.</u>, <u>Students for Fair Admissions v. Presidents & Fellows of Harvard Coll.</u>, No. 20-1199 * 15 & 36 (U.S. 2023) (racism mandates an analysis of the Privileges & Immunities clause and the Equal Protection Cl.) (*dicta*) (Ordered Liberty is no longer on mute) and <u>Teague</u>, 489 U.S. at 296 & 315 (*dicta*) (Ordered Liberty & Equal Protection Cl.-Equity). 42 U.S.C. §§ 2000bb <u>et seq</u>. The right to recovery, including through equitable §

1361 or § 1651 mandamus, is the principle of equal justice under law.  Boag v. MacDougall, 454 U.S. 364, 368 (1982) and Boddie v. Connecticut, 401 U.S. 371, 389 (1971).  Therefore, the court should grant mandamus.  Int'l Covenant of Civ. & Pol. Rts. (effective 1992) (mandatory authority); United Nations Convention on the Rts. of the Child, Pt. 1, arts. 16 & 27(1) (effective 1995) (kid's own status) (mandatory executive agreement); Convention Against Torture & Other Cruel, Inhuman or Degrading Treatment or Punishment (effective 1966) (mandatory authority); Int'l Convention on the Elimination of All Forms of Racial Discrimination (effective 1994) (mandatory authority); and Int'l Covenant on Econ., Soc. & Cultural Rts. (effective 1977) (mandatory executive agreement).  Hazelhurst Oil Mill Fertilizer Co. v. United States, 42 F.2d 331, 340 (Fed. Cir. 1930) (the court must attempt to get contract onto "equal terms").  See Fed. R. Civ. P. 8(c) affirmative defense.

Furthermore, it is constitutionally assumed, consistent with the Father of the Constitution, that it is irregular for the Oval Office or the Executive Branch not to protect a law-abiding citizen, even because Due Process cannot shed the natural-born's protection of the United States citizen.  Gonzales v. United States, 348 U.S. 407, 412 (1955) ("underlying concepts of procedural regularity and basic fair play").  Corfield v. Coryell, 6 Fed. Cas. 546, 552 (C.C.E.D.Pa. 1823) ("Protection by the government").  U.S. const. amend. V & amend. XIV.

Therefore, mandamus should issue, as a matter of law, like a 9-1-1 dial, including to the President for urgent due delegation.  Marbury, 5 U.S. at 167 (judiciary has a right to issue writ of mandamus to President).  Zevallos v. Obama, 10 F. Supp. 3d 111, 128 (D.D.C. 2014), aff'd, 793 F.3d 106 (D.C. Cir. 2015).  Cf. Glob. Relief Found. Inc. v. O'Neill, 207 F. Supp. 2d 779, 796-7 (N.D. Ill. 2002).  Federalist Nos. 42 & 80.  Jury trial be reserved for the alternate.

Respectfully submitted,


/s/ Raj K. Patel
Rama CCCX
T.E., T.E. Mr. Raj K. Patel, AA, BA, Former JD Candidate (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live


T.E. Mr. President/Student Body President, Student Gov't Ass'n of
    Emory U., Inc. 2013-2014 (corp. sovereign 2013-present)
T.E. Mr. Student Body President, Brownsburg Cmty. Sch.
    Corp./President, Brownsburg High Sch. Student Gov't 2009-2010
    (corp. sovereign 2009-present)
Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B.
    Ass'n 2017
Deputy Regional Director, Young Democrats of Am.-High Sch.
    Caucus 2007-2009
Co-Founder & Vice Chair, Ind. High Sch. Democrats 2009-2010
Vice President of Fin. (Indep.), Oxford C. Republicans of Emory U.,
    Inc. 2011-2012

Intern, Jill Long Thompson for Governor (2008)

Volunteer, Barack Obama for Am. (2008)

Intern, Marion Cnty. Clerk Elizabeth "Beth" White for Sec'y of St. of
    the St. of Ind. (2014)

*Former J.D. Candidate, Notre Dame L. Sch. (2015-17)

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing *Pro Se* Pet. for a Writ of Mandamus on 7/24/2023 to below individuals via the Clerk of Court and e-mail:

> **The United States**
> AG Merrick Garland
> U.S. Department of Justice
> 950 Pennsylvania Avenue NW
> Washington DC 20530
>
> **The United States**
> Zachery Myers (SDIN)
> 10 W Market St, Suite 2100
> Indianapolis, IN 46204
> usains.webmaster@usdoj.gov

Respectfully submitted,

/s/ Raj Patel
T.E., T.E. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

Dated: July 24, 2023

# UNITED STATES DISTRICT COURT
for the
# Southern District of Indiana

| Raj K. Patel | ) |
|---|---|
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. |
| United States | ) |
| *Defendant/Respondent* | ) |

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
**(Short Form)**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

n/a

My gross pay or wages are:  $ _____ 0.00 , and my take-home pay or wages are:  $ _____ 0.00 per
*(specify pay period)* _____ n/a _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☑ Yes    ☐ No
(b) Rent payments, interest, or dividends    ☐ Yes    ☑ No
(c) Pension, annuity, or life insurance payments    ☐ Yes    ☑ No
(d) Disability, or worker's compensation payments    ☐ Yes    ☑ No
(e) Gifts, or inheritances    ☐ Yes    ☑ No
(f) Any other sources    ☐ Yes    ☑ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*
Aug 2022- Aug. 2022: $800 bill.

4.  Amount of money that I have in cash or in a checking or savings account:  $ _____ -300.00 .

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

n/a

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

$125 utilities; $300 medicial/transportation expenses; $800 financial relief program on CC bill;

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

n/a

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

$41,000 debt obligation

see Patel v. United States, No. 1:22-cv-1446-LAS (C.F.C. 202_) (IFP granted)

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  _____07/23/2023_____          _____/s/ Raj K. Patel_____
                                                                   *Applicant's signature*

                                                                   _____Raj K. Patel_____
                                                                   *Printed name*

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana ▼

| | |
|---|---|
| Raj K. Patel | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )     Civil Action No. |
| The United States | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    The United States
AG Merrick Garland
U.S. Department of Justice,
950 Pennsylvania Avenue NW
Washington DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Raj K. Patel
6850 East 21st Street
Indinanpolis, IN 46219
3174506651
rajp2010@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     _____07/24/2023_____          _____

                                                            *Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>Raj K. Patel (pro se) | COURT CASE NUMBER |
|---|---|
| DEFENDANT<br>United States | TYPE OF PROCESS<br>IFP; mail; & hand serve |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Merrick Garland, US Att'y

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

950 Pennsylvania Avenue NW, Washington DC 20530

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>3174506651 | DATE<br>7/23/23 |
|---|---|---|---|

# /s/ Raj K. Patel

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. _____ | District to Serve<br>No. _____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | **$0.00** |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana ▼

| | |
|---|---|
| Raj K. Patel | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )     Civil Action No. |
| The United States | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The United States
Zachery Myers (SDIN)
10 W Market St, Suite 2100
Indianapolis, IN 46204
usains.webmaster@usdoj.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Raj K. Patel
6850 East 21st Street
Indiananpolis, IN 46219
3174506651
rajp2010@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____07/24/2023_____        _____

                                                             *Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Raj K. Patel | |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| United States | IFP; mail; & hand serve |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Zachery Myers (SDIN)

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
10 W Market St, Suite 2100 Indianapolis, IN 46204

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney other Originator requesting service on behalf of: | TELEPHONE NUMBER | DATE |
|---|---|---|
| /s/ Raj K. Patel  ☒ PLAINTIFF  ☐ DEFENDANT | 3174506651 | 7/24/2023 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

# INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, subpoena, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. § 0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. Alternatively, the USMS will accept cash. The USMS will not accept personal checks.